IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DESTINY LEWIS-HART,[1] | § | |
| | § | No. 87, 2024 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CK21-01595 |
| HARVEY HART, | § | Petition No. 23-12965 |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: September 20, 2024
Decided: November 21, 2024

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

## ORDER

After consideration of the briefs and record on appeal, we conclude that the judgment below should be affirmed on the basis of the Family Court's January 31, 2024 order affirming the Commissioner's August 18, 2023 order denying the petitioner's petition for a protection-from-abuse order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).